# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2017

## NO. 03-16-00718-CV

**In re Volkswagen Clean Diesel Litigation:
Texas Clean Air Act Enforcement Cases**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the interlocutory order signed by the district court on September 30, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.